USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/10/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BDS III MORTGAGE CAP. G, LLC,

                Plaintiff,

-against-

MARTIN NV II, INC.,

                Defendant.

24-CV-01826 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

      The Court is in receipt of Plaintiff's motion papers at Dkt. Nos. 29–31. It is ORDERED that Plaintiff shall serve (1) a copy of its motion papers and (2) a copy of this Order on Defendant by first-class mail and/or by in-person service by **December 12, 2024**, and to file proof of such service by **December 16, 2024**.

      It is further ORDERED that Defendants shall file any opposition to Plaintiff's motion at Dkt. Nos. 29–31 by **January 9, 2025**, and that if Defendant files an opposition, Plaintiff may file any reply brief by **January 16, 2025**.

Dated: December 10, 2024
       New York, New York

SO ORDERED.

MARGARET M. GARNETT
United States District Judge